# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                        Chapter 13

                                                        Bankruptcy No. 17-10328-ELF

JOHNETTA C. PUMPHREY

72 SPRINGTON ROAD

UPPER DARBY, PA 19082

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHNETTA C. PUMPHREY

    72 SPRINGTON ROAD

    UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 7/31/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee