## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Johnetta C. Pumphrey
                Debtor

Toyota Motor Credit Corporation
                Movant
    vs.

Johnetta C. Pumphrey
                Debtor

CHAPTER 13

NO. 17-10328 ELF

11 U.S.C. Section 362

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection of Toyota Motor Credit Corporation, which was filed with the Court on or about March 27, 2017 (Doc. No. 19).

                Respectfully submitted,

                **/s/ Matteo S. Weiner, Esquire**
                Matteo S. Weiner
                Attorney for Movant
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

August 9, 2017