# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOHNETTA PUMPHREY,
                Debtor(s).

Case No. 17-10328ELF13

Chapter 13

## ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this ___14th___ day of ___September___, 201_7_, upon consideration of the Application for Compensation, it is

**ORDERED** that counsel fees in the amount of **$4,250.00** are **ALLOWED** and the balance due to counsel in the amount of **$3,250.00** shall be disbursed by the Chapter 13 Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**