United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Johnetta C. Pumphrey
      Debtor

Case No. 17-10328-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Virginia　　　Page 1 of 1　　　Date Rcvd: Sep 13, 2017
　　　　　　　　　　　　　Form ID: 155　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.
db　　　　　+Johnetta C. Pumphrey,　　72 Springton Road,　　Upper Darby, PA 19082-4823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For etal paeb@fedphe.com
      KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Johnetta C. Pumphrey ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Johnetta C. Pumphrey ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For etal
       pa.bkecf@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                          TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Johnetta C. Pumphrey
      Debtor(s)

Chapter: 13
Bankruptcy No: 17−10328−elf

---

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 12, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Eric L. Frank
                                        Chief Judge ,
                                        United States Bankruptcy Court

                                                                             37
                                                                 Form 155