**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

Johnetta C. Pumphrey

       DEBTOR : BKY. NO.  17-10328ELF13

**CERTIFICATION OF NO ANSWER,
OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO MODIFY AFTER CONFIRMATION was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

                Respectfully submitted,

DATE:  June 24, 2019            _____/s/_____
                                   MICHAEL A. CATALDO
                                   CIBIK & CATALDO, P.C.
                                   1500 WALNUT STREET, STE. 900
                                   PHILADELPHIA, PA 19102
                                   (215) 735-1060