United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Johnetta C. Pumphrey  
    Debtor

Case No. 17-10328-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Sep 11, 2019  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.  
db         +Johnetta C. Pumphrey,   72 Springton Road,   Upper Darby, PA 19082-4823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:

        JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, NA As Trustee For etal paeb@fedphe.com  
        KEVIN S. FRANKEL   on behalf of Creditor   Carrington Mortgage Services, LLC pa-bk@logs.com  
        MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, National Association, As Trustee et al paeb@fedphe.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        MICHAEL A. CATALDO2   on behalf of Debtor Johnetta C. Pumphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2   on behalf of Debtor Johnetta C. Pumphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wells Fargo Bank, NA As Trustee For etal paeb@fedphe.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wells Fargo Bank, National Association, As Trustee et al paeb@fedphe.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                   TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **JOHNETTA C. PUMPHREY,** | : | |
| Debtor | : | **Bky. No. 17-10328 ELF** |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #50 ) is **APPROVED**.

**Date: September 11, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**