United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10328-elf |
| Johnetta C. Pumphrey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 19, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

**Recip ID        Recipient Name and Address**
13870465      +  NHHEAF, Attn:Claims, PO Box 877, Concord NH 03302-0877

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 21, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:

**Name**              **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  NA As Trustee For etal paeb@fedphe.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Carrington Mortgage Services  LLC pa-bk@logs.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 19, 2021 | Form ID: trc | Total Noticed: 1 |

MATTEO SAMUEL WEINER
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
    on behalf of Debtor Johnetta C. Pumphrey mail@cibiklaw.com

ROBERT J. DAVIDOW
    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank  NA As Trustee For etal tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-10328-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Johnetta C. Pumphrey
72 Springton Road
Upper Darby PA 19082

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2021.

Name and Address of Alleged Transferor(s):

Claim No. 5: NHHEAF, Attn:Claims, PO Box 877, Concord NH   03302

Name and Address of Transferee:

Texas Guaranteed Student Loan Corp
dba Trellis Company
PO BOX 83100
Round Rock Tx 78683

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/21/21

Tim McGrath
**CLERK OF THE COURT**