United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10328-elf |
| Johnetta C. Pumphrey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 16, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnetta C. Pumphrey, 72 Springton Road, Upper Darby, PA 19082-4823 |
| 13855673 | + | Delaware Co. Memorial Hospital, File 2172, 1801 W. Olympic Blvd,, Pasadena, CA 91199-0001 |
| 13855675 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13855676 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13855680 | + | N H Higher Educ/gsl, 4 Barrell Ct, Concord, NH 03301-8543 |
| 13870465 | + | NHHEAF, Attn:Claims, PO Box 877, Concord NH 03302-0877 |
| 13855681 | + | Neejay Manly, 1941 Dennie Street, Philadelphia, PA 19140-1720 |
| 13855683 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13855687 | + | Upper Darby Township, Municipal Building, Room 102, 100 Garrett Rd., Upper Darby, PA 19082-3135 |
| 14671116 | + | Upper Darby Township, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14670699 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 13855688 | + | Us Dept Ed, PO Box 1030, Coraopolis, PA 15108-6030 |
| 14605792 | + | Wells Fargo Bank, National Association, Brock & Scott, PLLC, c/o Andrew Spivack, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13925071 | | Wells Fargo Bank, National Association, et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 |
| 14605420 | + | c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 16 2022 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 16 2022 23:57:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13899994 | | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2022 00:02:18 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13855670 | | Email/Text: megan.harper@phila.gov | Mar 16 2022 23:57:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13855672 | | Email/Text: megan.harper@phila.gov | Mar 16 2022 23:57:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13948305 | + | Email/Text: megan.harper@phila.gov | Mar 16 2022 23:57:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13923238 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 16 2022 23:57:00 | Carrington Mortgage Services, LLC, 1600 South |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 16, 2022 | Form ID: 138OBJ | Total Noticed: 39

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Douglass Road, Suite 200-A, Anaheim, California 92806-5951 |
| 13855668 | + | Email/Text: ecf@ccpclaw.com | Mar 16 2022 23:57:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13855671 | + | Email/Text: bankruptcy@philapark.org | Mar 16 2022 23:57:00 | City of Philadelphia, Parking Violations--LDC Collections, PO Box 41818, Philadelphia, PA 19101-1818 |
| 13862935 | | Email/Text: mrdiscen@discover.com | Mar 16 2022 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13855674 | + | Email/Text: mrdiscen@discover.com | Mar 16 2022 23:57:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 13899317 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 16 2022 23:57:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13855677 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 16 2022 23:57:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13855679 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2022 23:57:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13855682 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 16 2022 23:57:00 | Ocwen Loan Servicing Llc, Attn: Research Dept, 1661 Worthintong Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 13887575 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 16 2022 23:57:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14605421 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 16 2022 23:57:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 13855684 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 16 2022 23:57:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 13861767 | + | Email/Text: bankruptcy@philapark.org | Mar 16 2022 23:57:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13855685 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 16 2022 23:57:00 | Toyota Motor credit Corp, PO Box 8026, Cedar Rapids, IA 52408 |
| 13855686 | | Email/Text: DASPUBREC@transunion.com | Mar 16 2022 23:57:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14650897 | + | Email/Text: bkyelectnotices@tgslc.org | Mar 16 2022 23:57:00 | Texas Guaranteed Student Loan Corp, dba Trellis Company, PO BOX 83100, Round Rock Tx 78683-3100 |
| 13863016 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 16 2022 23:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13855669 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13855678 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Mar 16, 2022 Form ID: 138OBJ Total Noticed: 39

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022 Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank NA As Trustee For etal paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Carrington Mortgage Services LLC pa-bk@logs.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Johnetta C. Pumphrey mail@cibiklaw.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al robert.davidow@phelanhallinan.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank NA As Trustee For etal tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Johnetta C. Pumphrey
         Debtor(s)

Case No: 17−10328−elf
Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/16/22

75 − 70
Form 138OBJ