United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 17-10328-elf

Johnetta C. Pumphrey                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Johnetta C. Pumphrey, 72 Springton Road, Upper Darby, PA 19082-4823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022                              Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  NA As Trustee For etal paeb@fedphe.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Carrington Mortgage Services  LLC pa-bk@logs.com |

District/off: 0313-2                           User: admin                                    Page 2 of 2
Date Rcvd: Jun 21, 2022                        Form ID: 195                                   Total Noticed: 1

MARIO J. HANYON
                    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al wbecf@brockandscott.com,
                    mario.hanyon@brockandscott.com

MATTEO SAMUEL WEINER
                    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
                    on behalf of Debtor Johnetta C. Pumphrey mail@cibiklaw.com

ROBERT J. DAVIDOW
                    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al robert.davidow@phelanhallinan.com

THOMAS SONG
                    on behalf of Creditor Wells Fargo Bank  NA As Trustee For etal tomysong0@gmail.com

THOMAS SONG
                    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Johnetta C. Pumphrey                                            : Case No. 17–10328–elf

        Debtor(s)

### *ORDER*

_____

    AND NOW, this day , June 21, 2022 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                        By The Court

                        Eric L. Frank
                        Judge , United States Bankruptcy Court